[No. 33501-4-I.    Division One.    April 24, 1995.]

BOB SEATH, ET AL, *Respondents*, v. RICHARD L. PAUL, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-2-01900-7, John F. Wilson, J., entered

October 7, 1995. *Affirmed* by unpublished opinion per Alsdorf, J. Pro Tem., concurred in by Agid and Cox, JJ.